ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Vectrus, Inc. | ) ASBCA Nos. 62159, 62682, 62956 |
| | ) |
| Under Contract No. W52P1J-08-C-0008 et al. | ) |

APPEARANCES FOR THE APPELLANT:      Kevin J. Slattum, Esq.
         Aaron S. Ralph, Esq.
           Pillsbury Winthrop Shaw Pittman, LLP
           Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:      Arthur M. Taylor, Esq.
           DCMA Chief Trial Attorney
         Srikanti Schaffner, Esq.
           Trial Attorney
           Defense Contract Management Agency
           Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: July 26, 2022

_____
JOHN. J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62159, 62682, 62956, Appeals of Vectrus, Inc., rendered in conformance with the Board's Charter.

Dated: July 26, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals